**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00219-CV

### ATHAS HEALTH, LLC D/B/A NORTH AMERICAN SPINE, Appellant

### V.

### MELODY TREVITHICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAUL TREVITHICK, DECEASED AND DAMON TREVITHICK AND SEDRIC TREVITHICK, INDIVIDUALLY, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-06184

## ORDER

Before the Court is appellant's July 11, 2016 unopposed motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed within **TWENTY DAYS** of the date of this order.

/s/     CRAIG STODDART
          JUSTICE